UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-23072-UU

MAKSYM TSANKO, *et al.*,

    Plaintiffs,

v.

ROMAN TRUKHACHOV, *et al.*,

    Defendants.

_____/

**ORDER**

    THIS CAUSE comes before the Court upon Defendant Toros-Group PE ("Toros")'s Notice of Removal.[1]  D.E. 1.  In that Notice, Defendant MedTex SP.ZO.O ("MedTex") consented to removal.[2]  *Id.*  The Court has considered the record and is fully advised in the premises.  Pursuant to Federal Rule of Civil Procedure 81, it is hereby

    ORDERED AND ADJUDGED that Defendants Toros and MedTex SHALL respond to the Complaint no later than **Wednesday, <u>July 31, 2019.</u>**

    DONE AND ORDERED in Chambers at Miami, Florida, this 30th\_\_ day of July, 2019.

                                         */s/ Ursula Ungaro*
                                         UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf

---

[1] To date, Defendant Roman Trukhachov has not yet been served.
[2] In addition, on July 25, 2019, Defendant MedTex filed its Consent to and Joinder in Notice of Removal.  D.E. 6.